UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

LMI AREOSPACE, INC.

                  Plaintiff,                       26-cv-3655 (PKC)

       -against-                          SCHEDULING ORDER
GKN AEROSPACE

                  Defendant.

-----------------------------------------------------------x

CASTEL, District Judge:

        WHEREAS defendant has expressed an intent to move to dismiss the Complaint on the bases set forth in its pre-motion letter

        WHEREAS plaintiff disclaims a desire to amend its Complaint, despite the undersigned's Individual Practices at ¶3(A)(iv) & (v).

        NOW, therefore, the following is ORDERED:

        1.      Defendant may file its motion to dismiss by July 20, 2026. Plaintiff shall respond to the motion by August 24, 2026. Any reply by defendant shall be filed by September 8, 2026.

        2.      Rule 16(b)(3)(A) provides that a Court's "scheduling order must limit the time to . . . amend the pleadings. . . ." Pursuant to that authority, the Court hereby limits the time to move to amend the Complaint to 21 days after the filing of the motion to dismiss; any such motion to amend shall contain a marked-to-show changes version of the proposed amended pleading.

        3.      Discovery is stayed.

        4.      The July 7 conference is VACATED.

-2-

5.    Letter motions (ECF  18 & 20 ) should be terminated.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       June 22, 2026